costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES, Respondent, v. NATHAN BLOOM, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES, Respondent, v. NATHAN BLOOM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE H. WYNN, as Executor, etc., of THOMAS J. WYNN, Deceased, and LUCIE V. BOYLE, Respondents, v. GUSSIE MILLER, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CORNELIUS J. SHERIDAN, as Administrator, etc., of ELIZABETH SHERIDAN, Deceased, Appellant, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. Since the plaintiff has recovered in the partial summary judgment granted, the full relief to which he is entitled, we are of opinion that a trial with respect to the severed portion of the action would be futile. (See Devlin v. New York Mutual Casualty Taxicab Insurance Assn., 213 App. Div. 152.) Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BARBARA MARY BUSH, Appellant, v. HENRY KRAUSKOPF, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES K. BUSH, Appellant, v. HENRY KRAUSKOPF, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ABRAHAM KAHN, an Infant, by His Guardian ad Litem, IDA KAHN, and IDA KAHN, Appellants, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES H. MORRIS and Others, Appellants, v. DAVID A. SCHULTE and Others, Defendants, Impleaded with PARK & TILFORD, INC., and Another, Respondents. — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendants Park & Tilford, Inc., and Schulte Retail Stores Corporation to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACOB THOMA, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MANHATTAN WET WASH LAUNDRY CO., INC., Appellant, v. GUARDIAN CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [143 Misc. 767.]

EMPIRE TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust Dated May 1, 1925, Made by KERMACOE REALTY CO., INC., and FANDEN REALTY CORPORATION, Respondent, v. KERMACOE REALTY CO., INC., and Others, Defendants, Impleaded with FANDEN REALTY CORPORATION, Appellant.— Order affirmed,